D. C. ANDREWS & Co., INC., ET AL. *v.* UNITED STATES

**No. 6874.**—Invoices dated Birmingham, England, October 17, 1945, etc.
Certified October 1945, etc.
Entered at New York, N. Y., January 8, 1946, etc.
Entry No. 732000, etc.

(Decided February 14, 1947)

*Lawrence, Tuttle & Harper (George R. Tuttle* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

B. ALTMAN & Co. *v.* UNITED STATES

**No. 6875.**—Invoices dated London, England, October 3, 1941, etc.
Certified October 20, 1941, etc.
Entered at New York, N. Y., November 25, 1941, etc.
Entry No. 726519, etc.

(Decided February 14, 1947)

*Marlow & Hines* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

COLE, Judge (Abstract): These appeals for reappraisement of various items of merchandise concern the so-called British purchase tax, described in the law of the United Kingdom entitled, "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Administrative Act of 1938 (19 U. S. C. § 1402 (c)). *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. 183, C. A. D. 334.

Undisputed facts establish that the proper basis for appraisement of the instant merchandise is export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), and that such statutory values for the articles in question are the appraised values less additions, made on entry because of advances in similar cases.